UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BROADCAST MUSIC, INC.; EMI VIRGIN SONGS,            )
INC. d/b/a EMI LONGITUDE MUSIC; BOCEPHUS            )
MUSIC, INC.; FOURTEENTH HOUR MUSIC INC.;            )
SPRINGTIME MUSIC, INC.; EMI BLACKWOOD               )
MUSIC INC.; RISING GORGE MUSIC; SONY/ATV            )
SONGS LLC d/b/a SONY/ATV TREE PUBLISHING;           )
BIG YELLOW DOG, LLC d/b/a BIG YELLOW DOG            )
MUSIC; TOKECO TUNES,                                )
                                                    )
                        Plaintiffs,                 )  Civil Action No.
                                                    )  1:13-CV-00393-FJS-CFH
        v.                                          )
                                                    )
B & B MANAGEMENT SERVICES, LLC d/b/a B & B          )
LOUNGE; VITALIY BOBKOV and DMITRIY BOBKOV,          )
each individually,                                  )
                                                    )
                        Defendants.                 )
-------------------------------------------------------------------X

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated

and agreed, by and between the undersigned, the attorneys of record for all of the parties to the

above-entitled action, that the above-entitled action be dismissed with prejudice, without costs to

any party as against the other, and each party to pay its own attorneys' fees.


Dated: January 28, 2014                 Dated: January 28, 2014

By: *s/Neal L. Slifkin*                  By: *s/Robert L. Powley*
Neal L. Slifkin, Bar Roll No. 507799     Robert L. Powley, Esq.
Steven P. Nonkes, Bar Roll No. 517931    David A. Jones, Esq.
HARRIS BEACH PLLC                        (Admitted Pro Hac Vice)
*Attorneys for Plaintiffs*               Powley & Gibson, P.C.
99 Garnsey Road                          *Attorneys for Defendants*
Pittsford, New York 14534                304 Hudson St., 2nd Floor
Telephone: 585-419-8800                  New York, New York 10013
Fax: 585-419-8813                        Telephone: 212-226-5054
*nslifkin@harrisbeach.com*               Fax: 212-226-5058
*snonkes@harrisbeach.com*                *rlpowley@powleygibson.com*
                                         *dajones@powleygibson.com*

Mitchell J. Pawluk
Bar Roll No. 517378
HARRIS BEACH PLLC
677 Broadway, Suite 1101
Albany, New York 12207
Telephone:  518 427-9700
Fax:  518 427-0235
*mpawluk@harrisbeach.com*

Todd J. Pinsky, Esq.
Pinsky & Skandalis, P.C.
5790 Widewaters Parkway, Suite 250
Syracuse, New York  13214
Telephone:  315-446-2384
Fax:  315-446-3016
*tpinsky@pinskyskandalis.com*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BROADCAST MUSIC, INC.; EMI VIRGIN SONGS,           )
INC. d/b/a EMI LONGITUDE MUSIC; BOCEPHUS            )
MUSIC, INC.; FOURTEENTH HOUR MUSIC INC.;            )
SPRINGTIME MUSIC, INC.; EMI BLACKWOOD               )
MUSIC INC.; RISING GORGE MUSIC; SONY/ATV            )
SONGS LLC d/b/a SONY/ATV TREE PUBLISHING;           )
BIG YELLOW DOG, LLC d/b/a BIG YELLOW DOG            )
MUSIC; TOKECO TUNES,                                )
                                                    )
                          Plaintiffs,               )    Civil Action No.
                                                    )    1:13-CV-00393-FJS-CFH
          v.                                        )
                                                    )
B & B MANAGEMENT SERVICES, LLC d/b/a B & B          )
LOUNGE; VITALIY BOBKOV and DMITRIY BOBKOV,          )
each individually,                                  )
                                                    )
                          Defendants.               )
-------------------------------------------------------------------X

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal submitted by the parties in this case, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims, complaints, counterclaims,

cross-claims, and causes of action arising in the above-styled action be dismissed, with prejudice,

with each party bearing its own costs and attorneys' fees.


                January 29
Dated: ~~February~~ ____, 2014

                         _____
                         HON. FREDERICK J. SCULLIN, JR.
                         Senior United States District Court Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
BROADCAST MUSIC, INC.; EMI VIRGIN SONGS, INC.     )
d/b/a EMI LONGITUDE MUSIC; BOCEPHUS MUSIC, INC.;    )
FOURTEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC,   )
INC.; EMI BLACKWOOD MUSIC INC.; RISING GORGE    )
MUSIC; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE  )
PUBLISHING; BIG YELLOW DOG, LLC d/b/a BIG      )
YELLOW DOG MUSIC; TOKECO TUNES,          )
                                      )
                  Plaintiffs,     )
                                )  Civil Action No.
     v.                           )  1:13-CV-00393-FJS-CFH
                                )
B & B MANAGEMENT SERVICES, LLC d/b/a B & B    )
LOUNGE; VITALIY BOBKOV and DMITRIY BOBKOV,  )
each individually,                  )
                                )
                  Defendants.    )
-----------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 28th day of January, 2014, I electronically filed the foregoing
Stipulation of Dismissal with the Clerk of the District Court using the CM/ECF system, which sent
notification of such filing to the following:

Todd J. Pinsky, Esq.                       Robert L. Powley, Esq.
Pinsky & Skandalis, P.C.                David A. Jones, Esq.
5790 Widewaters Parkway, Suite 250      (Admitted Pro Hac Vice)
Syracuse, New York 13214              Powley & Gibson, P.C.
Telephone: 315-446-2384; fax: 315-446-3016  304 Hudson St., 2nd Floor
*tpinsky@pinskyskandalis.com*           New York, New York 10013
                                    Telephone: 212-226-5054; fax: 212-226-5058
                                    *rlpowley@powleygibson.com*
                                    *dajones@powleygibson.com*

*Attorneys for Defendants*

                                 By: *s/Neal L. Slifkin*
                                     Neal L. Slifkin, Bar Roll No. 507799
                                     Steven P. Nonkes, Bar Roll No. 517931
                                 HARRIS BEACH PLLC
                                 *Attorneys for Plaintiffs*
                                 99 Garnsey Road
                                 Pittsford, New York 14534
                                 Telephone: 585-419-8800
                                 Facsimile: 585-419-8813
                                 *nslifkin@harrisbeach.com*
                                 *snonkes@harrisbeach.com*

Mitchell J. Pawluk
Bar Roll No. 517378
HARRIS BEACH PLLC
677 Broadway, Suite 1101
Albany, New York 12207
Telephone:  518 427-9700
Facsimile: 518 427-0235
*mpawluk@harrisbeach.com*

266468 2188467v2